THE LACKAWANNA MILLS, Respondent, *v.* SAMUEL WEIL et al., Composing the firm of WEIL, HASKELL AND COMPANY, Appellants.

*Lackawanna Mills* v. *Weil,* 21 App. Div. 492, affirmed.
(Argued March 28, 1900; decided April 17, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered, respectively, October 30 and October 29, 1897, modifying and affirming, as modified, a judgment in favor of plaintiff entered upon a verdict, and affirming an order denying a motion for a new trial.

*B. F. Einstein* for appellants.

*A. A. Spear* for respondent.

Judgment and order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.